IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 98-504 |
| ROBERT LEANDER FLOYD | : | |

## **ORDER**

AND NOW, this 8th day of May, 2023, upon consideration of Defendant Robert Leander Floyd's Motion to Correct Sentence Under 28 U.S.C. § 2255 (Document No. 73) and the Government's Response in Opposition, it is hereby ORDERED that the Motion is DENIED for the reasons set forth in the accompanying Memorandum Opinion.

IT IS FURTHER ORDERED that no Certificate of Appealability shall issue as Floyd has not made the requisite substantial showing of the denial of a constitutional right and has not demonstrated that jurists of reason would find either this conclusion or the correctness of the Court's procedural and legal rulings to be debatable.  *See generally*, 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

BY THE COURT:

Juan R. Sánchez

_____
Juan R. Sánchez,      C.J.